IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES HICKS, II | ) | CASE NO. 5:23-cv-00001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE: SARA LIOI |
| v. | ) | |
| | ) | |
| CITY OF AKRON et al., | ) | **MOTION TO WITHDRAW** |
| | ) | **AS COUNSEL** |
| Defendants. | ) | |

Now comes Deputy Director of Law Michael J. Defibaugh and hereby moves for leave pursuant to Local Rule 83.9 to withdraw as counsel for Defendants City of Akron, John Turnure, Samnan Nan, Gary White, Paul Barnes, Heath Smith and Scott Lietke ("Defendants"). For cause, the undersigned states that he is resigning from the City of Akron to take another employment opportunity. Permitting this withdrawal will not cause prejudice to Defendants as they will continue to be represented by Assistant Directors of Law John Christopher Reece and Kirsten L. Smith. Notice of this withdrawal has been provided to Defendants and to all other parties through counsel.

Respectfully submitted,

DEBORAH S. MATZ
Director of Law

/s/ Michael J. Defibaugh
Michael J. Defibaugh – No. 0072683
*Deputy Director of Law*
John Christopher Reece – No. 0042573
Kirsten L. Smith – No. 0099074
*Assistant Directors of Law*
161 S. High Street, Suite 202
Akron, Ohio 44308
(330) 375-2030; (330) 375-2041 (Fax)
MDefibaugh@akronohio.gov
JReece@akronohio.gov

klsmith@akronohio.gov
*Attorneys for Defendants*

PROOF OF SERVICE

This is to certify that a true and accurate copy of the foregoing was filed electronically this 17th day of January, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael J. Defibaugh
Michael J. Defibaugh – No. 0072683