# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CHARLES HICKS, II, | CASE NO. 5:23-cv-1 |
| PLAINTIFF, | JUDGE SARA LIOI |
| vs. | |
| | JUDGMENT ENTRY |
| CITY OF AKRON, OHIO, et al., | |
| DEFENDANTS. | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion, the motions for judgment on the pleadings (Doc. Nos. 27 and 29) are granted. Because all claims asserted by plaintiff are dismissed with prejudice, this case is closed.

**IT IS SO ORDERED**.

Dated: February 22, 2024

**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**